**United States Bankruptcy Court**
**Central District Of California**

3420 Twelfth Street, Riverside, CA 92501-3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Isauro Mora Jr

**BANKRUPTCY NO.**  6:11-bk-12987-DS

**CHAPTER**  13

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):**  xxx-xx-9184
**Employer Tax-Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/16/11

**Address:**
12617 West Branch Way
Victorville, CA 92392

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3)  pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: March 16, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13b VAN-151) Rev. 03/09

**13 / SSG**